1  PATRICIA K. GILLETTE (STATE BAR NO. 74461)
   pgillette@orrick.com
2  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
3  405 Howard Street
   San Francisco, CA  94105-2669
4  Telephone:   +1-415-773-5700
   Facsimile:   +1-415-773-5759
5
   Attorney for Defendant
6  STATE FARM MUTUAL AUTOMOBILE INSURANCE
   COMPANY
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 FABIANA COLEMAN,                    | Case No. CV-09-5707 PVT
12              Plaintiff,              | **STIPULATION AND [PROPOSED]
                                        | ORDER TO CONTINUE HEARING
13       v.                             | DATE ON PLAINTIFF'S MOTION
                                        | TO REMAND**
14 STATE FARM INSURANCE, DOES ONE      |
   THROUGH ONE HUNDRED, INCLUSIVE,     |
15                                      |
              Defendants.               |
16

1        The parties hereby agree to move the hearing date on Plaintiff's Motion to
2  Remand, currently set for February 16, 2010 in this court. The date for the new hearing is March
3  5, 2010 or as soon thereafter as is convenient for the court. The reason for the change in the
4  hearing date is to allow the parties additional time to try to resolve this issue informally.

Date: February 2, 2010

LAMBERTO & KREGER

_____
PETER N. LAMBERTO
Attorneys for Plaintiff FABIANA COLEMAN

Date: February 2, 2010

ORRICK, HERRINGTON & SUTCLIFFE LLP

_____
PATRICIA K. GILLETTE
Attorneys for Defendant
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

          IT IS SO ORDERED.

Date: February ___, 2010

_____
Hon. Jeremy Fogel
United States District Court Judge

- 2 -  STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE