1  PATRICIA K. GILLETTE (STATE BAR NO. 74461)
   pgillette@orrick.com
2  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
3  405 Howard Street
   San Francisco, CA  94105-2669
4  Telephone:    +1-415-773-5700
   Facsimile:    +1-415-773-5759
5
   Attorney for Defendant
6  STATE FARM MUTUAL AUTOMOBILE INSURANCE
   COMPANY (erroneously served herein as STATE FARM
7  INSURANCE)

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11
   FABIANA COLEMAN,                          Case No.  5:09-cv-05707-JF
12
              Plaintiff,                     **STIPULATION AND [PROPOSED]
13                                           ORDER TO DISMISS DEFENDANT
        v.                                   STATE FARM MUTUAL
14                                           AUTOMOBILE INSURANCE
   STATE FARM INSURANCE, DOES ONE            COMPANY**
15 THROUGH ONE HUNDRED, INCLUSIVE,

16            Defendants.

## STIPULATION

IT IS HEREBY STIPULATED by and between Plaintiff Fabiana Coleman and Defendant State Farm Mutual Automobile Insurance Co., appearing in this action through their designated counsel, that all claims of Plaintiff Fabiana Coleman in the above-captioned action against Defendant State Farm Mutual Automobile Insurance Co. (erroneously served herein as State Farm Insurance) be and hereby are dismissed without prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Each party shall bear their own attorneys' fees and costs.

Date: February 19, 2010

LAMBERTO & KREGER

_____
PETER N. LAMBERTO
Attorneys for Plaintiff FABIANA COLEMAN

Date: February 19, 2010

ORRICK, HERRINGTON & SUTCLIFFE LLP

_____
PATRICIA K. GILLETTE
Attorneys for Defendant
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

IT IS SO ORDERED.

Date: February 22, 2010

_____
Hon. Jeremy Fogel
United States District Court Judge